PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:19CR00397 |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00261-RFB-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Artarius Lamont Moore<br>3318 North Decatur Boulevard<br>Las Vegas, Nevada 89130 | Utah | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE: Howard C Nielson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 8/31/2026 TO: 8/30/2031 |

OFFENSE
Transporting an Individual to Engage in Prostitution

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Familial and prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Utah

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/12/2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/19/2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Artarius Lamont Moore

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

November 17, 2026

TO: U.S. District Judge:

On January 5, 2022, Artarius Lamont Moore was sentenced by the Honorable United States District Judge, Howard C. Nielson, in the District of Utah to 72 months custody followed by 36 months of supervised release for committing a violation of Transporting an Individual to Engage in Prostitution in Docket Number: 2:19CR00397-002 HCN.

On June 5, 2025, Mr. Moore was found to be in violation of his supervised release, in which he was continued on his term of supervision and his supervised release was extended to 60 months.

On March 26, 2026, Mr. Moore's supervised release was revoked, and he was sentenced to nine (9) months custody, followed by 60 months of supervised release.

On August 31, 2026, Mr. Moore commenced supervision in the District of Nevada due to family ties and employment opportunities.

On October 26, 2026, the undersigned officer requested the transfer of jurisdiction for Mr. Moore from the District of Utah. Mr. Moore appears to have adjusted well to supervision and has been free of any violations of supervision thus far.

On November 12, 2026, the Honorable Howard C Nielson of the District of Utah initiated the transfer of jurisdiction for Case Number: 2:19CR00397.

The Judicial Conference recommends transfer of jurisdiction for people under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Mr. Moore's case. The Honorable Howard C Nielson agreed to relinquish jurisdiction of this case as evident by their signatures on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Artarius Lamont Moore

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2026.11.18
10:27:20 -08'00'

Nickie Pipilakis
Senior United States Probation Officer

Approved:

Digitally signed by Donnette
Johnson
Date: 2026.11.17 18:50:48
-08'00'

Donnette Johnson
Supervisory United States Probation Officer